FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/29/2014 10:35:32 AM

CHRISTOPHER A. PRINE
Clerk

# EXHIBIT 1

## IN THE FIRST COURT OF APPEALS
## HOUSTON, TEXAS

### GRAMERCY ADVISORS LLC, ET AL, *Appellants*

### vs.

### R.K. LOWRY, JR., ET AL., *Appellees.*

Interlocutory Appeal from the 80th Judicial District Court, Harris County, Texas
Cause No. 2008-74262

## DANIEL M. HIBSHOOSH'S MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

I, Daniel M. Hibshoosh, file this Motion For Admission Pro Hac Vice before this Court, under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX.

## I. FACTS

1.    I am associated with David C. Mattka, who will personally participate in the trial of this case. David C. Mattka is a practicing attorney and a member of the State Bar of Texas. His State Bar of Texas card number is 13231500 and his office address, telephone number, facsimile number, and e-mail address are:

Munsch Hardt Kopf & Harr, P.C., Frost Bank Tower, 401 Congress Avenue, Suite 3050, Austin, Texas 78701; 512-391-6100; 512-391-6149; and dmattka@munsch.com.

2.     The cases and causes in which I have appeared or sought leave to appear in Texas courts in the last two years are: Cause No. 2008-74262, the underlying case for the appeal now before this Court.

3.     I am licensed to practice law in the following jurisdictions: the Bar of the State of New York (2004); the United States District Court for the Southern District of New York (2004); the United States Tax Court (2013); and the United States Court of Appeals for the Second Circuit (2012). I am in good standing in each of those jurisdictions.

4.     I have not been the subject of disciplinary action in the last five years by the bar or courts of any jurisdiction in which I have been licensed, and no discipline has ever been imposed against me in any jurisdiction.

5.     I have not been denied admission to the courts of any state or to any federal court in the preceding five years.

6.     I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Texas. I will at all times abide by and comply with those rules, and I have not withdrawn as counsel from the proceeding.

7.    My office address, telephone number, and facsimile number are:

Daniel M. Hibshoosh
O'Shea Partners LLP
521 Fifth Avenue, 25th Floor
New York, New York 10175
Tel.: (212) 682-4426
Fax: (212) 682-4437

8.    The Non-Resident Acknowledgement Letter dated December 10, 2014, from the Board of Law Examiners is attached to this Motion as **Exhibit A**.

## II. **PRAYER**

9.    For these reasons, I ask this Court to grant my Motion For Admission Pro Hac Vice and allow me to appear before this Court until the conclusion of this case.

Dated:    December 15, 2014

Respectfully submitted,

O'SHEA PARTNERS LLP

By:_____
    Daniel M. Hibshoosh
    521 Fifth Avenue, 25th Floor
    New York, New York 10175
    Email: dhibshoosh@osheapartners.com
    (212) 682-4426 (telephone)
    (212) 682-4437 (facsimile)


MUNSCH HARDT KOPF & HARR, P.C.

By:_____
    David C. Mattka (TSB No. 13231500)
    401 Congress Avenue, Suite 3050
    Austin, Texas 78701
    Email: dmattka@munsch.com
    (512) 391-6100 (telephone)
    (512) 391-6149 (facsimile)

*Attorneys for Appellants Gramercy Advisors LLC, Gramercy Asset Management LLC, Gramercy Local Markets Recovery Fund LLC, Gramercy Financial Services LLC*

# VERIFICATION

STATE OF NEW YORK §
                  §
NEW YORK COUNTY §

BEFORE ME, the undersigned notary, on this day personally appeared Daniel M. Hibshoosh, who being by me first duly sworn, upon his oath stated that the Motion For Admission Pro Hac Vice was made based on his personal knowledge and that the facts contained therein are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Signed this 15th day of December 2014.

_____
Daniel M. Hibshoosh

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary public, this 15th day of December 2014.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF NEW YORK

My commission expires: 02-21-16

SAFRAZ DEEN
Notary Public - State of New York
NO. 01DE6255959
Qualified in Kings County
My Commission Expires 02-21-16

---

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5, I certify that

I have served this document on all parties, which are listed below, on December

*18*, 2014 as follows:

David R. Deary                          *via e-filing and email*
davidd@lfdlaw.com
W. Ralph Canada, Jr.
ralphc@lfdlaw.com
Wilson Wray
wilsonw@lfdlaw.com
Tyler Simpson
tylers@lfdlaw.com
Lowsinsohn Flegel Deary, LLP
12377 Merit Drive, Suite 900
Dallas, Texas 75251

David C. Mattka

# EXHIBIT A

# Board of Law Examiners
Appointed by the Supreme Court of Texas

## Non-Resident Acknowledgment Letter
December 10, 2014

DANIEL M HIBSHOOSH

O'SHEA PARTNERS LLP

521 5TH AVENUE 25TH FL.

NEW YORK NY 10175-

Application Received:   12/9/14

Cause/Texas Court of Record:   01-14-00904-CV   FIRST COURT OF APPEALS

FROM:   Angus Tilney, Licensure Analyst, 512-463-5409

This letter acknowledges receipt of your Application for Pro Hac Vice admission and serves as your Proof of Payment of Fee.

Filing the Application for Pro Hac Vice Admission and fee is the mandatory first step in your request for permission to participate in proceedings in a Texas Court. The next step is to file a sworn motion, in compliance with Rule XIX of the current *Rules Governing Admission to the Bar of Texas*, in the Texas Court in which you request to participate, which must be accompanied by this acknowledgment letter. The decision to grant or deny your application is ultimately made by the Texas Court in which you request to participate.

Mailing Address

Post Office Box 13486      Telephone: 512-463-1621     Facsimile: 512-463-5300     WebSite: www.ble.state.tx.us
Austin, Texas 78711-3486

Street Address

205 West 14th Street, 5th Floor
Austin, Texas 78701